## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FLORIDA VAN RENTALS, INC.

      Plaintiff,               CASE NO.|  8:13-cv-00629-MSS-MAP

vs.

CJB ENTERPRISES, INC. d/b/a
CARL'S VAN RENTALS,
CARL E BETHMANN,
JAN M BETHMANN

_____/

### REPLY TO COUNTERCLAIMS

Counter Counterclaim Defendants Florida Van Rentals, Inc. FVR, Michael Goldberg and Renee Goldberg respond to the Counterclaim Plaintiffs' counterclaims as follows:

      1.      Admitted.

      2.      Admitted.

      3.      Admitted.

      4.      Admitted.

      5.      Admitted.

      6.      Admitted.

      7.      Admitted.

      8.      Counterclaim Defendants deny the allegations of paragraph 8 of the Counterclaim.

9.     Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 9 of the Counterclaim, and therefore denies the same.

10.     Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 10 of the Counterclaim, and therefore denies the same.

11.     Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 11of the Counterclaim, and therefore denies the same.

12.     Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 12 of the Counterclaim, and therefore denies the same.

13.     Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 9 of the Counterclaim, and therefore denies the same.

14.     Counterclaim Defendants admit using the name "Orlando Van Rental" and acquiring the domain name, "Orlandovanrental.com", but deny the remaining allegations of paragraph 14 of the Counterclaim.

15.     Counterclaim Defendants admit using the name "Orlando Van Rental" and acquiring the domain name, "Orlandovanrental.com", but deny the remaining allegations of paragraph 15 of the Counterclaim.

16.     Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 16 of the Counterclaim, and therefore denies the same.

17.     Counterclaim Defendants deny the allegations of paragraph 17 of the Counterclaim.

18.     Counterclaim Defendants deny the allegations of paragraph 18 of the Counterclaim.

19.     Counterclaim Defendants admit using the name "Florida Van Rentals" and registering the same with the USPTO and the State of Florida, but deny the remaining allegations of paragraph 19 of the Counterclaim.

20.     Counterclaim Defendants admit using the name "Orlando Van Rental" and the domain name, "Orlandovanrental.com" to market, *inter alia*, van rental service, but deny the remaining allegations of paragraph 20 of the Counterclaim.

21.     Counterclaim Defendants deny the allegations of paragraph 21 of the Complaint.

22.     Counterclaim Defendants admit using the name "Orlando Van Rental" and the domain name, "Orlandovanrental.com" to market, *inter alia*, van rental services, but deny the remaining allegations of paragraph 22 of the Counterclaim.

23.     Counterclaim Defendants repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 22 of this Answer.

24.     Counterclaim Defendants admit this action purports to be an action by Counterclaim Plaintiffs against FVR for violation of the Lanham Act, but denies the Counterclaim Plaintiffs are entitled to any relief whatsoever.

25.     Counterclaim Defendants admit the allegations in paragraph 25 of the Counterclaim.

26.     Counterclaim Defendants admit becoming aware of CJB′s use of the phrase ″Florida Van Rentals″ , as well as CJB′s use of the phrases ″Florida Van Rental Specialist″ and ″Orlando Van Rentals″, but otherwise deny the allegations of paragraph 26 of the Counterclaim.

27.     Counterclaim Defendants admit becoming aware of CJB′s use of the domain name ″OrlandoVanRentals.com″, but otherwise deny the allegations of paragraph 27 of the Counterclaim.

28.     Counterclaim Defendants deny the allegations of paragraph 28 of the Counterclaim.

29.     Counterclaim Defendants deny the allegations of paragraph 29 of the Counterclaim.

30.     Counterclaim Defendants deny the allegations of paragraph 30 of the Counterclaim.

31.     Counterclaim Defendants deny the allegations of paragraph 31 of the Counterclaim.

32.     Counterclaim Defendants deny the allegations of paragraph 32 of the Counterclaim.

33.      Counterclaim Defendants are without information and belief as to the truth of the allegations of paragraph 33 of the Counterclaim, and therefore denies the same.

34.      Counterclaim Defendants deny the allegations of paragraph 34 of the Counterclaim.

35.      Counterclaim Defendants repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 22 of this Answer.

36.      Counterclaim Defendants admit this action purports to be an action by Counterclaim Plaintiffs against FVR under Florida common law, but denies the Counterclaim Plaintiffs are  entitled to any relief whatsoever.

37.      Counterclaim Defendants admit the allegations of paragraph 37 of the Counterclaim.

38.      Counterclaim Defendants admit becoming aware of  CJB's use of the phrase "Florida Van Rentals" , as well as CJB's use of the phrases "Florida Van Rental Specialist" and "Orlando Van Rentals", but otherwise deny the allegations of paragraph 38 of the Counterclaim.

39.      Counterclaim Defendants admit becoming aware of CJB's use of the domain name "OrlandoVanRentals.com", but otherwise deny the allegations of paragraph 39 of the Counterclaim.

40.      Counterclaim Defendants deny the allegations of paragraph 40 of the Complaint.

41.     Counterclaim Defendants deny the allegations of paragraph 41 of the Complaint.

42.     Counterclaim Defendants deny the allegations of paragraph 42 of the Complaint.

43.     Counterclaim Defendants deny the allegations of paragraph 43 of the Complaint.

44.     Counterclaim Defendants deny the allegations of paragraph 44 of the Complaint.

45.     Counterclaim Defendants deny the allegations of paragraph 45 of the Complaint.

46.     Counterclaim Defendants repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 22 of this Answer.

47.     Counterclaim Defendants admit this action purports to be an action by Counterclaim Plaintiffs against FVR for unfair trade practies under the Florida Deceptive Trade Practices Act, but denies the Counterclaim Plaintiffs are entitled to any relief whatsoever.

48.     Counterclaim Defendants admit the allegations in paragraph 48 of the Counterclaim.

49.     Counterclaim Defendants admit becoming aware of  CJB's use of the phrase "Florida Van Rentals" , as well as CJB's use of the phrases "Florida Van Rental Specialist" and "Orlando Van Rentals", but otherwise deny the allegations of paragraph 49 of the Counterclaim.

50.     Counterclaim Defendants admit becoming aware of CJB's use of the domain name "OrlandoVanRentals.com", but otherwise deny the allegations of paragraph 50 of the Counterclaim.

51.     Counterclaim Defendants deny the allegations of paragraph 51 of the Counterclaim.

52.     Counterclaim Defendants deny the allegations of paragraph 52 of the Counterclaim.

53.     Counterclaim Defendants deny the allegations of paragraph 53 of the Counterclaim.

54.     Counterclaim Defendants deny the allegations of paragraph 54 of the Counterclaim.

55.     Counterclaim Defendants deny the allegations of paragraph 55 of the Counterclaim.

56.     Counterclaim Defendants deny the allegations of paragraph 56 of the Counterclaim.

57.     Counterclaim Defendants deny the allegations of paragraph 57 of the Counterclaim.

58.     Counterclaim Defendants repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 22 and 48-54 of this Answer.

59.     Counterclaim Defendants admit FVR is using trademarks "Florida Van Rentals" and "Orlando Van Rentals", but deny that CJB has any rights in such marks whatsoever.

60.     Counterclaim Defendants deny the allegations of paragraph 60 of the Counterclaim.

61.     Counterclaim Defendants deny the allegations of paragraph 61 of the Counterclaim.

62.     Counterclaim Defendants deny the allegations of paragraph 62 of the Counterclaim.

63.     Counterclaim Defendants admit that Michael Goldberg is an Officer of FVR, but otherwise denies the allegations of paragraph 63 of the Counterclaim.

64.     Counterclaim Defendants deny the allegations in paragraph 64 of the Counterclaim.

65.     Counterclaim Defendants deny the allegations in paragraph 65 of the Counterclaim.

66.     Counterclaim Defendants deny the allegations in paragraph 66 of the Counterclaim.

67.     Counterclaim Defendants repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 22 and 48-54 of this Answer.

68.     Counterclaim Defendants admit FVR is using trademarks "Florida Van Rentals" and "Orlando Van Rentals", but deny that CJB has any rights in such marks whatsoever.

69.     Counterclaim Defendants deny the allegations of paragraph 69 of the Counterclaim.

70.     Counterclaim Defendants deny the allegations of paragraph 70 of the Counterclaim.

71.     Counterclaim Defendants deny the allegations of paragraph 71 of the Counterclaim.

72.     Counterclaim Defendants admit that Renee Goldberg is an Officer of FVR, but otherwise denies the allegations of paragraph 72 of the Counterclaim.

73.     Counterclaim Defendants deny the allegations in paragraph 73 of the Counterclaim.

74.     Counterclaim Defendants deny the allegations in paragraph 74 of the Counterclaim.

75.     Counterclaim Defendants deny the allegations in paragraph 75 of the Counterclaim.

76.     Counterclaim Defendants repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 22 of this Answer.

77.     Counterclaim Defendants admit use of the domain name "www.orlandovanrentals.com" in connection with van rentals, but otherwise deny the allegations of paragraph 77 of the Counterclaim.

78.     Counterclaim Defendants deny the allegations in paragraph 78 of the Counterclaim.

79.     Counterclaim Defendants deny the allegations in paragraph 79 of the Counterclaim.

80.     Counterclaim Defendants deny the allegations in paragraph 80 of the Counterclaim.

## **AFFIRMATIVE DEFENSES**

Counterclaim Defendants hereby assert the following affirmative defenses:

1.      The Counterclaim fails to state a claim upon which relief can be granted and should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2.      Counterclaim Defendants have not infringed any of Counterclaim Plaintiffs alleged trademarks.

3.      Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

4.      Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

5.      Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

6.      Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

7.      Counterclaim Plaintiffs' claims are barred, in whole or in part, because any protectable trademarks have been abandoned.

8.      Counterclaim Plaintiffs' claims are barred, in whole or in part, by the doctrine of trademark misuse.

9.      Counterclaim Plaintiffs' claims are barred, in whole or in part, because to the extent that Counterclaim Plaintiffs can prove any harm, which they cannot, Counterclaim Plaintiffs has an adequate remedy at law.

10.     Counterclaim Plaintiffs' claims are barred, in whole or in part, because any harm alleged is neither imminent nor irreparable.

11.     Counterclaim Plaintiffs' claims are barred, in whole or in part, because an injunction would not be in the public interest.

12.     Counterclaim Defendants specifically reserves the right to assert as an affirmative defense any matter that may be supported by evidence subsequently developed in discovery or through other investigation.


Respectfully submitted,

                                        **HARPER IP LAW, P.A.**


                                        **/s/ Wayne V. Harper**
                                        Wayne V. Harper
                                        Florida Bar No. 763,101
                                        2112 W. Marjory Ave.
                                        Tampa, Florida 33606
                                        Telephone:  (813) 892-7839
                                        wayne@harperiplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of May, 2013, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Howard S. Marks
Florida Bar No. 0750085
Hmarks@,burr.com
Sheena a. Thakrar
Florida Bar No. 0871141
sthakrar@burr.com
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601

/s/Wayne Harper