UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 8:13-cv-629T35

FLORIDA VAN RENTALS, INC.,

    Plaintiff,

v.

CJB ENTERPRISES, INC. d/b/a
CARL'S VAN RENTALS,
CARL E. BETHMANN,
JAN M. BETHMANN,

    Defendants.

_____/

## NOTICE OF FILING

Defendants, CJB ENTERPRISES, INC. d/b/a CARL'S VAN RENTALS, CARL E. BETHMANN AND JAN M. BETHMANN (collectively, the "Defendants"), by and through its counsel, hereby file the Acceptance of Service of Harper IP Law, P.A. and Wayne V. Harper, attorneys for Michael C. Goldberg and Renee Goldberg.

                                              Howard S. Marks
                                              Florida Bar No. 0750085
                                              Email: HMarks@burr.com
                                              Sheena A. Thakrar
                                              Florida Bar No. 0871141
                                              Email: sthakrar@burr.com
                                              BURR & FORMAN LLP
                                              200 South Orange Avenue, Suite 800
                                              Orlando, Florida 32801
                                              Telephone: (407) 540-6600
                                              Facsimile: (407) 540-6601
                                              *Attorneys for Defendants/Counter-Plaintiffs,*
                                                *CJB Enterprises, Inc. d/b/a Carl's Van Rentals,*
                                              *Carl Bethmann and Jan M. Bethman*

1965203 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___13___ day of May, 2013, a true and correct copy of the foregoing as filed with the Clerk of Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ELF system which will send notice of electronic filing and complete service of the foregoing as required by Fed.R.Civ.P. 5 to Wayne V. Harper, Esquire, HARPER IP LAW, P.A., 2112 W. Marjory Avenue, Tampa, Florida 33606.

_____
Howard S. Marks
Florida Bar No. 0750085
Email: HMarks@burr.com
Sheena A. Thakrar
Florida Bar No. 0871141
Email: sthakrar@burr.com
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Defendants/Counter-Plaintiffs,
CJB Enterprises, Inc. d/b/a Carl's Van Rentals,
Carl Bethmann and Jan M. Bethman*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:13-cv-629T35

FLORIDA VAN RENTALS, INC.,

    Plaintiff,

v.

CJB ENTERPRISES, INC. d/b/a
CARL'S VAN RENTALS,
CARL E. BETHMANN,
JAN M. BETHMANN,

    Defendants.

_____/

## ACCEPTANCE OF SERVICE

COMES NOW, the undersigned attorneys, Harper IP Law, P.A. and Wayne V. Harper, attorneys for MICHAEL C. GOLDBERG and RENEE GOLDBERG, and hereby accept service of process on behalf of MICHAEL C. GOLDBERG and RENEE GOLDBERG, on this 8 day of MAY, 2013.

Wayne V. Harper
Florida Bar No. 785101
Email: wayne@harperiplaw.com
HARPER IP LAW, P.A.
2112 W. Marjory Ave.
Tampa, Florida 33606
Telephone: (813) 892-7839
*Attorneys for Third Party Defendants,*
*Michael C. Goldberg and Renee Goldberg*

1912637 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___7___ day of ___May___, 2013, a true and correct copy of the foregoing as filed with the Clerk of Court pursuant to Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ELF system which will send notice of electronic filing and complete service of the foregoing as required by Fed.R.Civ.P. 5 to Howard S. Marks, Esquire and Sheena A. Thakrar, Esquire, Burr & Forman LLP, 200 South Orange Avenue, Suite 800, Orlando, Florida 32801.

_____
Wayne V. Harper
Florida Bar No. 76301
Email: wayne@harperiplaw.com
HARPER IP LAW, P.A.
2112 W. Marjory Ave.
Tampa, Florida 33606
Telephone: (813) 892-7839
*Attorneys for Third Party Defendants,*
*Michael C. Goldberg and Renee Goldberg*

1912637 v1                                                 2