UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA VAN RENTALS, INC.

    Plaintiff,                                   CASE NO.|   8:13-cv-00629-MSS-MAP

vs.

CJB ENTERPRISES, INC. d/b/a
CARL'S VAN RENTALS,
CARL E BETHMANN,
,JAN M BETHMANN

_____/

**Response to Order's Order**

    Plaintiff Florida Van Rentals, Inc. move this Court to extend the time the time to respond as follows:

    Discovery has been unavoidably delayed in this case. Counsel for Plaintiff was hospitalized in January of this year with a brain hemorrhage leading to episodic seizures. His recovery has been slow. Delay with regard to this matter is related to counsel's error due in related to his illness.

    Plaintiffs herein move this Court to allow the Plaintiff reply to Defendant's motion within three days or to order a hearing as this court deems appropriate.

    By way of this request the Plaintiff is not asking that any other dates in the matter be modified. In particular, no impact is anticipated on any trial related dates.

August 11, 2014

        **/s/ Wayne V. Harper**
Wayne V. Harper
Florida Bar No. 763,101
2112 W. Marjory Ave.
HARPER IP LAW, PA
Tampa, Florida 33606
Telephone: (813) 892-7839
wayne@harperiplaw.com
Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on 111th day of August 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Howard S. Marks
>Florida Bar No. 0750085
>Hmarks@,burr.com
>Sheena a. Thakrar
>Florida Bar No. 0871141
>sthakrar@burr.com
>BURR & FORMAN LLP
>200 South Orange Avenue, Suite 800
>Orlando, Florida 32801
>Telephone: (407) 540-6600
>Facsimile: (407) 540-6601

/s/Wayne Harper