UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA VAN RENTALS, INC.

      Plaintiff,                               CASE NO.|   8:13-cv-00629-MSS-MAP

vs.

CJB ENTERPRISES, INC. d/b/a
CARL'S VAN RENTALS,
CARL E BETHMANN,
,JAN M BETHMANN

_____/

## Motion to Dismiss

Plaintiff and Defendant's have reached settlement in this matter, and hereby request this Court to dismiss all count and counterclaims in this matter with prejudice.

August15, 2014

                                                      **/s/ Wayne V. Harper**
                                                      Wayne V. Harper
                                                      Florida Bar No. 763,101
                                                      2112 W. Marjory Ave.
                                                      HARPER IP LAW, PA
                                                      Tampa, Florida 33606
                                                      Telephone:  (813) 892-7839
                                                      wayne@harperiplaw.com
                                                      Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on 151th day of August 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Howard S. Marks
    Florida Bar No. 0750085
    Hmarks@,burr.com
    Sheena a. Thakrar
    Florida Bar No. 0871141
    sthakrar@burr.com
    BURR & FORMAN LLP
    200 South Orange Avenue, Suite 800
    Orlando, Florida 32801
    Telephone: (407) 540-6600
    Facsimile: (407) 540-6601

                                                      /s/Wayne Harper